EARTHJUSTICE

October 28, 2026

Via Electronic Filing

The Honorable Jill A. Otake
United States District Court
District of Hawaiʻi
300 Ala Moana Blvd. C-338
Honolulu, Hawaiʻi 96850

Re: Request for Status Conference in *Faleula o le Manuʻatele, et al. v. Marine Minerals Administration, et al.*, Civil No. 26-00543 JAO-KJM (D. Haw.)

Dear Judge Otake:

Pursuant to Local Rule 16.7, Plaintiffs respectfully request that the Court hold a status conference at the Court's earliest convenience to discuss whether, under the unique circumstances of the above-referenced case, the Court would allow Plaintiffs to file an expedited motion for summary judgment to resolve Plaintiffs' Sixth Cause of Action (regarding Defendants' violation of the Endangered Species Act (ESA)). *See* ECF 16, PageID.140–44.

As this Court is aware, on October 30, 2026, the Court will hold a summary judgment hearing in a related case regarding whether the National Marine Fisheries Service's (NMFS) ESA section 7 consultation for Defendant Marine Minerals Administration's (MMA) planned sale of leases for deep-sea mining in American Samoa was unlawful. *See* ECF 18 & 30 in *Faʻasao Amerika Samoa, et al. v. National Marine Fisheries Service, et al.*, Civil No. 26-438 JAO-KJM (D. Haw.) (*FAS*). Plaintiffs' Sixth Cause of Action in this case asserts a claim against MMA for relying on NMFS's unlawful Letter of Concurrence to proceed with the American Samoa lease sale. Because resolution of the claims in both cases turn on the same legal argument, Plaintiffs have asked Defendants in this case to stipulate that, if the Court holds in *FAS* that the ESA consultation was unlawful and vacates NMFS's Letter of Concurrence, MMA will not proceed with the American Samoa lease sale—which is currently scheduled for November 19, 2026—unless and until an ESA consultation consistent with the Court's order in *FAS* is concluded. *See* ECF 50-12, PageID.3472 in *FAS*. The parties have conferred pursuant to Local Rule 7.8, and Defendants have not yet indicated a willingness to agree to such a stipulation.

To prevent the lease sale from going forward on November 19, Plaintiffs have no choice but to file an expedited motion for summary judgment addressing only the ESA issue that is fully briefed—and that the Court will soon resolve—in *FAS*. There simply is not enough time between now and November 19 for the parties to brief and the Court to resolve Plaintiffs' other six claims in this case—some of which will require Defendants to prepare and file an

administrative record—so Plaintiffs cannot at this time bring "a single motion addressing all claims for which summary judgment is sought." General Civil Case Procedures IV.H. Plaintiffs consequently request a status conference at the earliest opportunity to discuss whether the Court will entertain Plaintiffs' desired approach to summary judgment.

Pursuant to Local Rule 16.7, Plaintiffs have consulted with Defendants regarding the requested status conference. Defendants' counsel has indicated that they have time in the coming days to participate in a status conference.

Respectfully submitted,

/s/ David L. Henkin
DAVID L. HENKIN
EARTHJUSTICE
Attorneys for Plaintiffs

cc: Via ECF to Defendants' Counsel of Record