DAVID L. HENKIN #6876
HARLEY M. BROYLES #11640
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawaiʻi 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org
hbroyles@earthjustice.org

CHRISTOPHER D. EATON
(*pro hac vice*)
EARTHJUSTICE
810 3rd Avenue, Suite 610
Seattle, Washington 98104
T: (206) 343-7340
Email: ceaton@earthjustice.org

JOSEPH V. LANGKILDE III
(*pro hac vice*)
EARTHJUSTICE
1250 I Street NW, Fourth Floor
Washington, DC 20005
T: (202) 667-4500
Email: jlangkilde@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| FALEULA O LE MANUʻATELE, FAʻASAO AMERIKA SAMOA, and CONSERVATION COUNCIL FOR HAWAIʻI,<br><br>Plaintiffs,<br><br>v.<br><br>MARINE MINERALS ADMINISTRATION and DOUG BURGUM in his official capacity as Secretary of the Department of Interior,<br><br>Defendants. | CIVIL NO. CV-26-543 JAO-KJM<br><br>DECLARATION OF CHRISTOPHER D. EATON |

DECLARATION OF CHRISTOPHER D. EATON

I, CHRISTOPHER D. EATON, declare that, if called as a witness in this action, I could testify of my own personal knowledge under penalty of perjury that:

1. I am an attorney with the Oceans Program of Earthjustice and am one of the attorneys of record for Plaintiffs Faleula o le Manu‘atele, Fa‘asao Amerika Samoa, and Conservation Council for Hawai‘i in this action. I am admitted pro hac vice in this action and am admitted to practice law in the States of Washington and North Carolina. If called as a witness, I could and would testify competently to the matters set forth herein. I submit this declaration in support of Plaintiffs' First Application for Order to Shorten Time Re: Plaintiffs' Motion for Partial Summary Judgment Re: Sixth Claim for Relief.

2. Pursuant to LR 7.8, on October 26, October 28, and November 4, 2026, Plaintiffs' counsel conferred with Defendants' counsel regarding Plaintiffs' Sixth Claim for Relief.

3. Plaintiffs initially asked Defendants to agree that the Marine Minerals Administration (MMA) would hold off on conducting the American Samoa lease sale until after the Court issues its decision in *Fa‘asao Amerika Samoa, et al. v. National Marine Fisheries Service, et al.*, Civ. No. 26-00438-JAO-KJM (filed August 18, 2026) [hereinafter *FAS*], regarding the legality of the Letter of

Concurrence (LOC) that the National Marine Fisheries Service (NMFS) issued regarding the lease sale. Defendants declined to agree.

4. Plaintiffs next asked Defendants to agree to a joint stipulation that, if the Court determines in *FAS* that the LOC is unlawful, MMA will not hold the lease sale until after it completes a consultation that remedies any deficiencies identified in the Court's order. Again, Defendants would not agree.

5. During the LR 7.8 conferences, Plaintiffs asked Defendants how much additional time they needed to assemble and file the administrative record for Plaintiffs' Sixth Claim for Relief. As of the last conference on November 4, 2026, Defendants still were unable to provide any estimate.

I declare under penalty of perjury that I have read the foregoing declaration and know the contents thereof to be true of my own knowledge.

DATED: Greensboro, North Carolina, November 6, 2026.

/s/ Christoper D. Eaton
CHRISTOPHER D. EATON