EARTHJUSTICE

November 17, 2026

Via Electronic Filing

The Honorable Jill A. Otake
United States District Court
District of Hawaiʻi
300 Ala Moana Blvd. C-338
Honolulu, Hawaiʻi 96850

Re: Plaintiffs' Second Request for Status Conference in *Faleula o le Manuʻatele, et al. v. Marine Minerals Administration, et al.*, Civil No. 26-00543 JAO-KJM (D. Haw.)

Dear Judge Otake:

Pursuant to Local Rule 16.7, Plaintiffs respectfully request that the Court hold a status conference at its earliest convenience tomorrow (November 18, 2026) to discuss the briefing schedule for Plaintiffs' pending Motion for Partial Summary Judgment Re: Sixth Claim for Relief (ECF 23).[1]

As this Court is aware, yesterday, it issued its order in *Faʻasao Amerika Samoa, et al. v. National Marine Fisheries Service, et al.*, Civil No. 26-438 JAO-KJM (D. Haw.) (*FAS*), holding that the National Marine Fisheries Service (NMFS) violated the Endangered Species Act (ESA) when it "wrongfully adopted [the Marine Minerals Administration's (MMA)] overly-narrow definition of the 'agency action'" for the American Samoa lease sale, and vacating NMFS's Letter of Concurrence for the required ESA section 7 consultation. *FAS*, ECF 62, PageID.3526–27. Plaintiffs' Sixth Cause of Action in this case asserts a closely related claim against Defendant MMA for relying on NMFS's now vacated Letter of Concurrence to proceed with the American Samoa lease sale.

Promptly following issuance of the *FAS* order, Plaintiffs contacted Defendants to ask whether, now that the Court has vacated the Letter of Concurrence, MMA still intends to proceed with the American Samoa lease sale on November 19, 2026. As of 1 p.m. HST today, Defendants' counsel reported that MMA had not yet decided whether to postpone or cancel the lease sale.

The Court previously indicated that it would be open to holding a status conference regarding Plaintiffs' motion "after the Court issues an order on the pending Motion for Summary Judgment in CV 26-438." ECF 19. The Court later stated that it would "address the briefing schedule for the [23] First Motion for Partial Summary Judgment after issuing its order in *FAS*."

[1] Plaintiffs have consulted with Defendants regarding the requested status conference.

MID-PACIFIC 850 RICHARDS STREET, SUITE 400 HONOLULU, HI 96813
T: 808.599.2436 MPOFFICE@EARTHJUSTICE.ORG WWW.EARTHJUSTICE.ORG

ECF 29. Now that the *FAS* order has issued and given MMA's unwillingness to commit to postponing or canceling the lease sale, Plaintiffs respectfully submit that a prompt status conference would help to ensure the timely and orderly resolution of their pending motion.

Respectfully submitted,

/s/ David L. Henkin
DAVID L. HENKIN
EARTHJUSTICE
Attorneys for Plaintiffs

cc: Via ECF to Defendants' Counsel of Record