IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FALEULA O LE MANU'ATELE, FA'ASAO AMERIKA SAMOA, and CONSERVATION COUNCIL FOR HAWAI'I,<br><br>Plaintiffs,<br><br>vs.<br><br>MARINE MINERALS ADMINISTRATION and DOUG BURGUM, in his official capacity as Secretary of the Department of Interior,<br><br>Defendants. | CASE NO. 1:26-CV-00543-JAO-KJM<br><br>DEFENDANT'S MOTION FOR AN EXTENSION OF THE JOINT STATUS REPORT DEADLINE |

**DEFENDANTS' MOTION FOR AN**
**EXTENSION OF THE JOINT STATUS REPORT DEADLINE**

On November 17, 2026, the Court ordered the parties to file a joint status report by November 20, 2026 addressing the status of Defendants' lease sale and proposing a briefing schedule for Plaintiffs' first motion for partial summary judgment on their Endangered Species Act claim. (ECF 31). The parties have unfortunately been unable to agree to a proposed briefing schedule, and Defendants respectfully request a one-day extension until November 23, 2026.

As background, Defendants proposed a schedule to Plaintiffs at 12:01pm EST and did not hear back with an alternative proposed schedule until 3:07pm EST. Defendants proposed an alternative schedule at 3:45pm EST, and Plaintiffs did not propose an alternative schedule until 5:09pm EST. Defendant's counsel indicated to Plaintiffs that the parties would not be able to reach an agreement, as it is the end of the workday on the East Coast and counsel will need to confer internally and with its client regarding their proposed schedule. Although Plaintiffs have indicated they are not willing to negotiate further, a one-day extension will permit the parties to continue discussions to attempt to reach an agreement on a proposed schedule and for Defendant's counsel to confer internally.

With respect to the lease sale, Defendants report that following additional process, Defendants held the lease sale on November 19, 2026, as scheduled in the Final Notice of Lease Sale, 91 Fed. Reg. 66352 (Oct. 20, 2026). The attached declaration from an official of the Marine Minerals Administration describes the steps that the agency intends to take following the lease sale and through any award and execution of a lease, if the agency decides to award a lease based on the results of the lease sale. Boren Dec. ¶¶ 6-10. Of relevance here, MMA states that the earliest date any lease would become effective is February 1, 2027. *Id.* ¶ 7.

Plaintiffs have indicated that they oppose this request for an extension as well as the Boren declaration.

Respectfully submitted November 20, 2026:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
CHARLES E.T. ROBERTS, Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
United States Department of Justice
Energy & Natural Resources Division

/s/ Jessica L. Cole
JESSICA L. COLE (D.C. Bar # 1011384)
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
T: (202) 598-3105
Email: jessica.cole3@usdoj.gov

*Attorneys for Federal Defendants*

CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.4(e), I certify that the foregoing memorandum contains 323 words, exclusive of the caption, tables, and signature block. I have relied upon Microsoft Word to determine the word count.

/s/ *Jessica L. Cole*
Jessica L. Cole

CERTIFICATE OF SERVICE

I hereby certify that, on November 20, 2026, the foregoing was electronically filed through the ECF filing system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

/s/ Jessica L. Cole
Jessica L. Cole