UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FA'ASAO AMERIKA SAMOA and CONSERVATION COUNCIL FOR HAWAI'I,<br><br>PlaintiffS,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE and HOWARD LUTNICK, in his official capacity as Secretary of Commerce of the United States,<br><br>Defendant. | No. 1:26-CV-00438-JAO-KJM<br><br>**DECLARATION OF DOUGLAS P. BOREN** |

**DECLARATION OF DOUGLAS P. BOREN**

1. I am the Regional Director of the Pacific Regional Office of the Marine Minerals Administration (MMA).[1] I have held this position at MMA and its predecessor bureau since September 14, 2021. Prior to this, I was the regional supervisor for the Office of Strategic

[1] The U.S. Department of the Interior (DOI) Secretary's Order 3451 established the MMA and incorporated the authorities and function of the former Bureau of Ocean Energy Management (BOEM) and the Bureau of Safety and Environmental Enforcement (BSEE) into the MMA. I served as the Regional Director of the Pacific Regional Office for BOEM prior to the creation of MMA and continue to exercise the authorities of BOEM and BSEE incorporated into MMA.

Resources within the Pacific Region.

2. In my position, I supervise and coordinate with federal scientific and program personnel, while working with Pacific coastal states, tribes, and coastal communities to implement federal offshore leasing programs, including conventional energy, renewable energy, and marine mineral leasing. In my role, I have overseen the development and implementation of the American Samoa Critical Minerals Lease Sale (Lease Sale PACM-1) held on November 19, 2026.

3. The Department of Interior published the Request for Information and Interest (RFI) for critical minerals leasing on the seabed area near American Samoa on June 16, 2025, seeking public comments on potential seabed mining activity in the area. Following a request from the Governor of American Samoa, this comment period was extended 30 days until August 15, 2025. Interior identified an area for potential leasing on November 10, 2025, and published the Proposed Leasing Notice on July 17, 2026. The Final Leasing Notice was announced on October 19, 2026 pursuant to 30 C.F.R. § 581.17

4. Informal consultation with the National Marine Fisheries Service (NMFS) under section 7 of the Endangered Species Act (ESA) on the lease sale, as well as any preliminary activities that may proceed under any issued lease, was completed in July of 2026, when MMA received a Letter of Concurrence agreeing that the proposed action was not likely to adversely affect listed species or their habitat.

5. On November 16, 2026, the Court issued an order in the related case, *Fa'sao Amerika Samoa v. NMFS*, No. 26-438, (D. Haw.), vacating the July 16 Letter of Concurrence. Following that order, MMA initiated formal consultation with the NMFS under section 7 of the ESA on November 18. In compliance with sections 7(a) and (d) of the ESA, the lease sale was held on November 19, 2026. MMA received a total of two bids across both available parcels, and the sale brought it $ 6 million dollars between both high bids.  Both leases are tentatively awarded to the same high bidder.

6. MMA's next steps will be to proceed with lease preparation, issuance and execution. Once the high bids have been accepted, MMA will prepare and issue a lease to each

high bidder, at which point the lessees would sign and return the lease to MMA. MMA would then sign the lease. The lease becomes effective the first day of the month after the lease is signed by MMA on behalf of the lessor, unless "upon written request, [the lessee requests that it become] effective as of the first day of the month within which it is signed on behalf of the lessor." 30 CFR § 581.23.

7. On November 19, 2026, MMA sent the bid information and lease results to the Federal Trade Commission and U.S. Department of Justice for a review required under the Outer Continental Shelf Lands Act (33 U.S.C. 1337(c)); the review period is for 30 days. When that time period runs on December 19, MMA will begin preparing the leases and send them to the apparent high bidder for signature. They have 10 days to sign and return the leases, which would be approximately December 30 at the earliest. MMA will not sign and execute the leases until at least the first week of January. Thus, the earliest date the leases could become effective is February 1, 2027 (the first day of the month following execution).

8. Once a lease is effective, the lessee may begin preliminary activities after notice to MMA, as explained in more detail in Paragraphs 9 through 11. Preliminary activities are defined in the American Samoa lease terms[2] as "activities described in the Commercial Leasing for Minerals Offshore American Samoa Environmental Assessment (EA), provided to the lessee with their lease." Preliminary activities are defined in the EA as activities that can "inform decision-making through early-stage information gathering," and include activities such as "high-resolution geographical surveys, limited seabed and biological sampling, and oceanographic measurements." Preliminary activities are meant to provide data to support the creation of development plans and will be limited in scope by the implementing regulations, and EA. Additional notice and review would be required for any preliminary activity not previously analyzed in the EA.

9. Under the lease stipulations for the American Samoa sale, lessees are required to provide written notice to MMA at least thirty days prior to initiating preliminary activities that

[2] The stipulations for the American Samoa Critical Minerals Lease Sale, as well as the EA and other relevant information can be found here: https://www.boem.gov/marine-minerals/potential-american-samoa-offshore-minerals-lease-sale.

were considered in the EA. In the preliminary activities notice, lessees would be required to demonstrate that their proposed activities comply with applicable statutes, including the Outer Continental Shelf Lands Act, the Endangered Species Act, and the Marine Mammals Protection Act. Under the lease stipulations, lessees would also be required to demonstrate that their proposed activities do not cause undue or serious harm or damage to the human, marine, or coastal environment. MMA would review the notice and report to the lessees if the notice is insufficient to demonstrate compliance with these provisions.

10. Where a lessee intends to conduct preliminary activities outside the scope of those considered in the EA, it is required to submit notice sixty days in advance, during which time MMA will review the proposed activities and either request the lessee adjust their proposal or initiate new environmental reviews. In the preliminary activities notice, lessees would be required to demonstrate that their proposed activities comply with applicable statutes, including the Outer Continental Shelf Lands Act, the Endangered Species Act, and the Marine Mammals Protection Act. Under the lease stipulations, lessees would also be required to demonstrate that their proposed activities do not cause undue or serious harm or damage to the human, marine, or coastal environment. MMA will review this notice and inform the lessee if their proposed activities will require additional evaluation and consultation before they can commence.

11. Under the lease terms, lessees would have up to twenty years after the lease becomes effective (i.e., the primary term) to conduct preliminary activities and have a mining plan approved by MMA prior to entering into production. It would be up to the individual lessee (after the required notice to MMA) to determine how soon after a lease is effective to commence any preliminary activities, assuming compliance with notice requirements and MMA approval. That said, given my experience with other leasing programs on the outer continental shelf (e.g., wind energy, oil and gas), starting preliminary activities on a lease in advance of plan submission often take months or years. A bidder is unlikely to be in a position to be able to plan for costly deployment of resources and the mobilization of necessary vessels and equipment to an area that is currently without such resources in advance of having an executed lease. Given these practicalities, I find it unlikely that preliminary activities on any mineral leases offshore

American Samoa could occur before spring 2027, and probably not until at least the middle of 2027 or later.

12. The statements made in this declaration are based upon my personal knowledge, or upon information available to me in my official capacity and are true and correct to the best of my knowledge and belief.

13. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 under the laws of the United States of America that the foregoing is true and correct.

DOUGLAS BOREN

Digitally signed by DOUGLAS BOREN
Date: 2026.11.20 12:42:32 -08'00'

Douglas P. Boren

Regional Director, Minerals Management Administration Pacific Region